RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/30/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-cr-0293 |
| VERSUS | JUDGE HAIK |
| PAULA BELL - (08)<br>SHEILA BLEVINS - (12) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the motions to dismiss filed by Blevins and adopted by Bell, Wells, Sanders and Anderson (Rec. Docs. 146, 191, 209, 212 and 214) are **DENIED**.

Lafayette, Louisiana, this 29th day of March, 2010.

RICHARD T. HAIK
**UNITED STATES DISTRICT JUDGE**